```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 05 B 60676
    ANTHONY GORDON
    ANGIE GORDON                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

            Debtor
    SSN XXX-XX-5624     SSN XXX-XX-6280

--------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 10/15/2005 and was confirmed 02/06/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  37.42% from remaining funds.

     The case was paid in full 11/17/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------
CARMAX AUTO FINANCE        SECURED          17625.00        1365.43      17625.00
NUMARK CREDIT UNION        SECURED          27497.00        4093.05      27497.00
SBC PENSION PLAN           SECURED               .00            .00           .00
WASHINGTON MUTUAL          CURRENT MORTG         .00            .00           .00
INTERNAL REVENUE SERVICE   PRIORITY          5658.15            .00       5658.15
ECAST SETTLEMENT CORP      UNSECURED         4968.92            .00       1859.57
SMC                        UNSECURED         2518.29            .00        942.44
CB USA                     UNSECURED        NOT FILED           .00           .00
CHASE HOME FINANCE LLC     UNSECURED        NOT FILED           .00           .00
ECAST SETTLEMENT CORP      UNSECURED OTH     693.27            .00        259.40
HOME DEPOT                 UNSECURED        NOT FILED           .00           .00
MARSHALL FIELDS            UNSECURED         3278.20            .00       1226.83
TOWN NORTH BANK            UNSECURED         4167.95            .00       1559.81
ROUNDUP FUNDING LLC        UNSECURED          180.35            .00         67.49
NEWPORT NEWS               UNSECURED        NOT FILED           .00           .00
SIR FINANCE                UNSECURED         1088.00            .00        407.17
SOUTH DIVISION CREDIT UN   UNSECURED         5074.91            .00       1899.23
ROUNDUP FUNDING LLC        UNSECURED         2471.42            .00        924.90
TARGET RETAILERS NATIONA   UNSECURED        NOT FILED           .00           .00
ECAST SETTLEMENT CORP      UNSECURED          343.21            .00        128.44
WAL MART STORES INC        UNSECURED        NOT FILED           .00           .00
WELLS FARGO FINANCIAL IL   UNSECURED          205.58            .00         76.94
WORLD FINANCIAL NETWORK    UNSECURED        NOT FILED           .00           .00
WASHINGTON MUTUAL          MORTGAGE ARRE        .00            .00           .00
ROUNDUP FUNDING LLC        UNSECURED          159.21            .00         59.58
SOUTH DIVISION CREDIT UN   SECURED NOT I      50.00            .00           .00
CARMAX AUTO FINANCE        UNSECURED         1936.28            .00        724.63
INTERNAL REVENUE SERVICE   UNSECURED          271.27            .00        101.52
ECAST SETTLEMENT CORP      UNSECURED         1979.93            .00        740.97
THOMAS W LYNCH             DEBTOR ATTY      2,100.00                     2,100.00
TOM VAUGHN                 TRUSTEE                                       4,626.45
DEBTOR REFUND              REFUND                                        1,179.95

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 60676 ANTHONY GORDON & ANGIE GORDON
```

```
     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------
TRUSTEE                 75,123.95

PRIORITY                                        5,658.15
SECURED                                        45,122.00
    INTEREST                                    5,458.48
UNSECURED                                      10,978.92
ADMINISTRATIVE                                  2,100.00
TRUSTEE COMPENSATION                            4,626.45
DEBTOR REFUND                                   1,179.95
                        ---------------     ---------------
TOTALS                  75,123.95              75,123.95
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                             /s/ Tom Vaughn
   Dated: 02/24/09          _____
                             TOM VAUGHN
                             CHAPTER 13 TRUSTEE
```